**LOKER LAW, APC**
Scott M. Plescia (349319)
scott@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Christopher Lee

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE,<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL ONE, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | **Case No.:** 5:24-cv-01119 GW (MAAx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. GEORGE H. WU** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff CHRISTOPHER LEE ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

Date: February 15, 2025

**LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

**CASE NO.: 5:24-cv-01119 GW (MAAx)**     **1 OF 1**     *Lee v. Capital One, N.A*
**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC.* has been submitted on February 15, 2025 to all defense counsel of record via e-mail and U.S. Mail.

   /s/ SCOTT M. PLESCIA
SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 5:24-cv-01119 GW (MAAx)**     *Lee v. Capital One, N.A*
**PROOF OF SERVICE**