**LOKER LAW, APC**
Scott M. Plescia (349319)
scott@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Christopher Lee

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER LEE,**<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL ONE, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 5:24-cv-01119 GW (MAAx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>**HON. GEORGE H. WU** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff CHRISTOPHER LEE ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Equifax Information Services LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Equifax Information Services LLC be vacated.

Date: March 4, 2025

**LOKER LAW, APC**

BY: ___/S/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 5:24-cv-01119 GW (MAAx)**     1 OF 1     *Lee v. Capital One, N.A, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Equifax Information Services LLC* has been submitted on March 4, 2025 to all defense counsel of record via e-mail and U.S. Mail.

                /s/ SCOTT M. PLESCIA
                SCOTT M. PLESCIA, ESQ.

**CASE NO.: 5:24-cv-01119 GW (MAAx)**   *Lee v. Capital One, N.A, et al.*
**PROOF OF SERVICE**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420