**LOKER LAW, APC**
Scott M. Plescia (349319)
scott@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Christopher Lee

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; AND<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 5:24-cv-01119 GW (MAAx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE, N.A**<br><br>HON. GEORGE H. WU |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff CHRISTOPHER LEE ("Plaintiff") and Defendant CAPITAL ONE, N.A has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Capital One, N.A with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Capital One, N.A be vacated.

Date: March 17, 2025                                              **LOKER LAW, APC**

                                                      BY:   /s/ Scott M. Plescia
                                                            Scott M. Plescia, Esq.
                                                            Attorney For Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Capital One, N.A* has been submitted on March 17, 2025 to all defense counsel of record via e-mail and U.S. Mail.

                                                  /s/ Scott M. Plescia
                                                  Scott M. Plescia, Esq.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:24-cv-01119 GW (MAAx)**                        *Lee v. Capital One, N.A*
**PROOF OF SERVICE**