**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER LEE, | Case No.: EDCV 24-1119-GW-MAAx |
| Plaintiff, | ORDER |
| v. | HON. GEORGE H. WU |
| CAPITAL ONE, N.A.; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., (erroneously named in the complaint as Capital One, N.A.) to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **April 30, 2025**

_____
**HON. GEORGE H. WU,**
UNITED STATES DISTRICT JUDGE